UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ARLENA S. CAMILLE,

                                                                                 JUDGMENT

                              Plaintiff,                                        20-cv-5845 (BMC)

     v.

CANARSIE BURGERS LLC and
DEXTER ANDERSON,

                               Defendants.
-------------------------------------------------------------X

        A Memorandum, Decision, and Order of the Honorable Brian M. Cogan, United States District Judge, having been filed on July 7, 2021, dismissing this action for plaintiff's failure to prosecute; it is

        ORDERED and ADJUDGED that this action is dismissed for plaintiff's failure to prosecute.

Dated:  Brooklyn, New York                                          Douglas C. Palmer
          July 8, 2021                                                 Clerk of Court

                                                                   By:    */s/Jalitza Poveda*
                                                                             Deputy Clerk